Filed 7/16/14  P. v. Joyce CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ROBERT BRIAN JOYCE,<br><br>    Defendant and Appellant. | 2d Crim. No. B249211<br>(Super. Ct. No. 2013006956)<br>(Ventura County) |

Robert Brian Joyce appeals a judgment after conviction by guilty plea to one count of carjacking.  (Pen. Code, § 215, subd. (a).)  The trial court sentenced him to five years in state prison. We affirm.

Joyce took a car from a man at gunpoint and beat him.  Joyce initially pled guilty to one count of carjacking in exchange for a three-year term.  The trial court decided a three-year term was not in the interest of justice after it reviewed the sentencing report and heard a statement from the victim's father.  The court indicated five years was the appropriate term.  It allowed Joyce to withdraw his plea.  Joyce expressly reaffirmed his plea, understanding that the court would sentence him to a five-year term.

Joyce filed a notice of appeal.  We appointed counsel to represent Joyce. After counsel examined the record, he filed an opening brief raising no issues.

On August 28, 2013, we advised Joyce that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that Joyce's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

GILBERT, P.J.

We concur:

YEGAN, J.

PERREN, J.

Kevin J. McGee, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.